| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| GREGORY A. FAYER (S.B. 232303)<br>ELLIOT B. GIPSON (S.B. 234020)<br>GIPSON HOFFMAN & PANCIONE<br>1901 Avenue of the Stars, Suite 1100<br>Los Angeles, CA 90067-6002<br>(310) 556-4660<br>ATTORNEYS FOR: Plaintiff CYBERsitter, LLC d/b/a/ Solid Oak Software | FILED 2010 JAN -5 AM 10:24 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>v. Plaintiff(s),<br><br>The People's Republic of China, a foreign state; et al.,<br>Defendant(s) | CASE NUMBER<br>CV10-0038 GAF (SHx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Plaintiff CYBERsitter, LLC d/b/a/ Solid Oak Software</u> (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

CYBERsitter, LLC d/b/a/ Solid Oak Software
Brian Milburn

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

January 5, 2010
Date

Sign: _[signature]_

GREGORY A. FAYER
Attorney of record for or party appearing in pro per
Plaintiff CYBERsitter d/b/a Solid Oak Software

CV-30 (12/03)     **NOTICE OF INTERESTED PARTIES**     CCDCV30