GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV10-0038 GAF (SHx)<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE: LETTERS ROGATORY**<br><br>Judge: Hon. Gary A. Feess<br>Ctrm: 740<br><br>Discovery Cutoff: None set<br>Pretrial Conference: None set<br>Trial Date: None set |

**TO THE APPROPRIATE JUDICIAL AUTHORITY OF TAIWAN:**

The United States District Court for the Central District of California, the Honorable Gary A. Feess, United States District Judge, presents its compliments to the Appropriate Judicial Authority in Taiwan and respectfully requests the Judicial Authority's assistance in effecting service of process upon three defendants in the above-captioned matter (which is a civil case for misappropriation of trade secrets, unfair competition, and other causes of action). This Court requests the judicial assistance described herein as necessary in the interests of justice. If requested, this Court would provide the same or similar assistance to the courts of Taiwan. This Court or counsel for the plaintiff in this action are willing to reimburse the Judicial Authority of Taiwan for costs incurred in executing these requests.

The assistance requested is that the Appropriate Judicial Authority in Taiwan order service of process of the complaint, summons, and accompanying documents (copies of which are provided with this Letter) upon the following parties, according to a method prescribed by Taiwan's internal law for the service of such documents upon persons or entities that are within its territory:

(1) ACER Incorporated

8F, 88, Sec. 1, Hsin Tai Wu Road, Hsichih, Taipei, 221, Taiwan

(2) ASUSTeK Computer Inc.

150 Li-Te Road, Peitou, Taipei, 112, Taiwan

(3) BenQ Corporation

16 Jihu Road, Neihu, Taipei, 114, Taiwan

///
///
///
///
///

This Court also requests that Taiwan's Judicial Authority return the accompanying Certifications to this Court, completed and signed by the person designated to effect service of process upon each above-listed defendant in this matter.

DATED: January ___, 2010

_____
The Honorable Gary A. Feess
United States District Judge
United States District Court for the Central
 District of California
Los Angeles, California, USA


[Seal of the Court]