GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV10-0038 GAF (SHx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS**<br><br>Judge: Hon. Gary A. Feess<br>Ctrm: 740<br><br>Discovery Cutoff: None set<br>Pretrial Conference: None set<br>Trial Date: None set |

**[PROPOSED] ORDER**

The Court, having considered plaintiff CYBERsitter d/b/a Solid Oak Software's ("Plaintiff's") *Ex Parte* Application for Letters Rogatory to Effect Service of Process on the three Taiwanese defendants in this action (*viz.*, ACER Incorporated, ASUSTeK Computer Inc. and BenQ Corporation), having found that the notice requirements of Local Rule 7-19 have been satisfied, and good cause appearing therefor, Plaintiff's application is hereby GRANTED. The Court will sign the Letters Rogatory submitted with Plaintiff's application forthwith.

IT IS SO ORDERED.

Dated: _____     _____
                                   Hon. Gary A. Feess
                                   United States District Judge