EXHIBIT "A"

TO DECLARATION OF GREGORY A. FAYER

LAW OFFICES
GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS
SUITE 1100
LOS ANGELES, CALIFORNIA 90067-6002
(310) 556-4660
FAX (310) 556-8945

WRITER'S DIRECT DIAL NUMBER:
(310) 557-8838

WRITER'S DIRECT INTERNET E-MAIL:
GFayer@ghplaw.com

OUR FILE NO.:
4444-1

January 14, 2010

**VIA EMAIL AND FIRST CLASS MAIL**

Mr. B. J. Lin
ACER Incorporated
8F, 88, Sec. 1 Hsin Tai Wu Rd.,
Hsichih, Taipei Hsien 221, Taiwan

Re: *CYBERsitter, LLC v. People's Republic of China, et al.*
Central District Case No. CV 10-0038 GAF (SHx)

Dear Mr. Lin:

As you may be aware, my client, CYBERsitter, LLC d/b/a Solid Oak Software, has filed a lawsuit in the United States District Court for the Central District of California concerning the unauthorized copying and distribution of my client's intellectual property via the Green Dam Youth Escort software program. The suit is entitled *CYBERsitter, LLC v. People's Republic of China, et al.*, Case No. CV 10-0038 GAF (SHx). ACER Incorporated is a defendant in the suit.

You have previously corresponded with me on behalf of Acer regarding this matter. Accordingly, please advise whether you are authorized to accept service of process on Acer's behalf. Please also advise whether you will accept service by mail.

Thank you in advance for your cooperation. Please let feel free to contact me by email or call me directly at (310) 557-8838 if you would like to discuss this matter further.

Very truly yours,

Gregory A. Fayer

GAF:mjt

04444\00001\121821.1

EXH. A, PG. 6