EXHIBIT "E"

TO DECLARATION OF GREGORY A. FAYER

LAW OFFICES
GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS
SUITE 1100
LOS ANGELES, CALIFORNIA 90067-6002
(310) 556-4660
FAX (310) 556-8945

WRITER'S DIRECT DIAL NUMBER:
(310) 557-8838

WRITER'S DIRECT INTERNET E-MAIL:
GFayer@ghplaw.com

OUR FILE NO.:
4444-1

January 14, 2010

**VIA FACSIMILE AND FIRST CLASS MAIL**

BenQ America Corp.
Attn: Flora Hsu
15375 Barranca Parkway
Suite A 205
Irvine, CA 92618

Re: *CYBERsitter, LLC v. People's Republic of China, et al.*
Central District Case No. CV 10-0038 GAF (SHx)

Dear Ms. Hsu:

As you may be aware, my client, CYBERsitter, LLC d/b/a Solid Oak Software, has filed a lawsuit in the United States District Court for the Central District of California concerning the unauthorized copying and distribution of my client's intellectual property via the Green Dam Youth Escort software program. The suit is entitled *CYBERsitter, LLC v. People's Republic of China, et al.*, Case No. CV 10-0038 GAF (SHx). BenQ Corporation is a defendant in the suit.

You have previously corresponded with me on behalf of BenQ regarding this matter. Accordingly, please advise whether you are authorized to accept service of process on BenQ Corporation's behalf.

Thank you in advance for your cooperation. Please let feel free to contact me by email or call me directly at (310) 557-8838 if you would like to discuss this matter further.

Very truly yours,

Gregory A. Fayer

GAF:mjt

# GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

1901 AVENUE OF THE STARS
SUITE 1100
LOS ANGELES, CALIFORNIA 90067-6002
TELEPHONE: (310) 556-4660
FACSIMILE: (310) 556-8945

## FAX COVER SHEET

**DATE:** January 14, 2010  **PAGES** (incl. cover sheet): 2
**EMPLOYEE I.D.** 221  **MATTER NO.** 4444.01

| RECIPIENT | PHONE | FAX NO. |
|---|---|---|
| BenQ America Corp.<br>Attn: Ms. Flora Hsu, Legal Department | 949-255-9500 | **949-255-9600** |

**FROM:** Gregory A. Fayer

**REFERENCE:** CYBERsitter, LLC v. People's Republic of China, et al.

**DOCUMENTS ATTACHED:**

To GHP Fax operator, please confirm receipt by telephone if box is checked: ☐

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

```
                        JOB STATUS REPORT

                                            TIME   : 01/14/2010 05:33
                                            NAME   :
                                            FAX#   :
                                            TEL#   :
                                            SER.#  : 009070696


   DATE,TIME                         01/14  05:32
   FAX NO./NAME                      221#4444#1#19492559600
   DURATION                          00:00:31
   PAGE(S)                           02
   RESULT                            OK
   MODE                              STANDARD
                                     ECM
```