EXHIBIT "F"

TO DECLARATION OF GREGORY A. FAYER

# Marsha Tylke

| | |
|---|---|
| **Subject:** | FW: CYBERsitter, LLC vs. People's Republic of China, et al |
| **Attachments:** | Scan1727_000.pdf |

**From:** Flora Hsu [mailto:Flora.Hsu@BenQ.com]
**Sent:** Wednesday, January 20, 2010 6:12 PM
**To:** Gregory A. Fayer
**Subject:** CYBERsitter, LLC vs. People's Republic of China, et al

Dear Mr. Fayer,

I am writing concerning your letter dated January 20, 2010.

A letter in response to your letter dated January 14, 2010 has been sent to your attention via facsimile and US mail on January 18, 2010.  As mentioned in my response, I am not authorized to accept service of proceed on behalf of BenQ Corporation.  Attached please find a copy of the response letter with fax confirmation dated January 18.  I will send such copy via Federal Express to your attention as well.

Regards,
Flora Hsu
BenQ America Corp.

January 18, 2010

**VIA FACIMILE AND U.S. Mail**

Mr. Gregory A. Fayer
Gipson Hoffman & Pancione
1901 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-6002
Tel. No.: 310-555-4660
Fax No.: 310-556-8945

**BenQ**

RE: CYBERsitter, LLC v. People's Republic of China, *et al*

Dear Mr. Fayer,

I am writing in response to your letter dated January 14, 2010.

Please be advised that I am not authorized to accept service of process on BenQ Corporation's behalf, nor have I ever communicated with you on behalf of BenQ Corporation.

Best Regards,

*(signature)*

Flora Hsu
Sr. Corporate Counsel
BenQ America Corp.

BenQ America Corp.

BenQ America Corp. (Main Office)
15375 Barranca Parkway, Suite A-205
Irvine, CA 92618
Tel: (949) 255-9500
Fax: (949) 255-9600
www.BenQ.us

BenQ America Corp. (Service / RMA)
13112 Santa Ana Avenue, Unit A-1
Fontana, CA 92337
Tel: (909) 428-8998
Fax: (909) 428-8999

EXH. F, PG. 21

```
hp fax 1240

Log for
BenQ America Corp 9492559596 -- 1/18/2010 7:25PM
```

Last Transaction

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| 01/18 | 07:24p | Fax Sent | 913105568945 | 0:45 | 1 | OK |