EXHIBIT "H"

TO DECLARATION OF GREGORY A. FAYER

LAW OFFICES
GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS
SUITE 1100
LOS ANGELES, CALIFORNIA 90067-6002
(310) 556-4660
FAX (310) 556-8945

WRITER'S DIRECT DIAL NUMBER:
(310) 557-8838

WRITER'S DIRECT INTERNET E-MAIL:
GFayer@ghplaw.com

OUR FILE NO.:
4444-1

January 20, 2010

**VIA FACSIMILE AND FIRST CLASS MAIL**

ASUSTeK Computer Inc.
Attn: Legal Department
150 Li-Te Road, Peitou
Taipei City, Taiwan 112

Re: *CYBERsitter, LLC v. People's Republic of China, et al.*
Central District Case No. CV 10-0038 GAF (SHx)

Dear Sir or Madam:

We have not yet received your response to our letter of January 14, 2010 requesting that as a defendant in the above-entitled action, you make arrangements with our offices for service of the complaint and summons in the above-entitled action. Accordingly, this letter is to give you notice, in accordance with Central District Local Rule 7-19.1, that my client, CYBERsitter, LLC ("CYBERsitter"), who is the plaintiff in the above-entitled action, intends to file an *ex parte* application this Friday, January 22, 2010, before the Honorable Gary A. Feess in the United States District Court for the Central District of California, courtroom 740 of the Roybal building, located at 255 East Temple Street, Los Angeles, California 90012. CYBERsitter's *ex parte* application will petition the Court to issue Letters Rogatory requesting the courts of Taiwan to order the service of process in accordance with Taiwan's internal law on the following defendants in the above-entitled action: ACER Incorporated, ASUSTeK Computer Inc., BenQ Corporation. According to Judge Feess's local local rule 5, "[a]n appearance is not generally required" for *ex parte* applications. Accordingly, we do not anticipate that there will be a hearing on the matter unless the Court orders a hearing to be held.

Please let me know as soon as possible whether you intend to appear and whether or not you intend to oppose the application. Please let feel free to contact me by email or call me directly at (310) 557-8838 to discuss this matter.

Very truly yours,

Gregory A. Fayer

GAF:mjt

# GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS
SUITE 1100
LOS ANGELES, CALIFORNIA 90067-6002
TELEPHONE: (310) 556-4660
FACSIMILE: (310) 556-8945

## FAX COVER SHEET

| | | |
|---|---|---|
| **DATE:** January 20, 2010 | **PAGES** (incl. cover sheet): 2 | |
| **EMPLOYEE I.D.** 221 | **MATTER NO.** 4444.01 | |

| RECIPIENT | PHONE | FAX NO. |
|---|---|---|
| ASUSTeK Computer Inc.<br>Attn: Legal Department | 011-886-2-2894-3447 | **011-886-2-2892-6140** |

**FROM:** Gregory A. Fayer

**REFERENCE:** CYBERsitter, LLC v. People's Republic of China, et al.

**DOCUMENTS ATTACHED:**

To GHP Fax operator, please confirm receipt by telephone if box is checked: ☐

**MESSAGE:**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

JOB STATUS REPORT

TIME    : 01/20/2010 04:58
NAME    :
FAX#    :
TEL#    :
SER.#   : 009070696

| | |
|---|---|
| DATE,TIME | 01/20  04:57 |
| FAX NO./NAME | 221#4444#1#011886228926140 |
| DURATION | 00:00:48 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |