GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV10-0038 GAF (SHx)<br><br>**PROOF OF SERVICE BY MAIL OF NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS; AND RELATED DOCUMENTS**<br><br>Judge: Hon. Gary A. Feess<br>Ctrm: 740<br>Hearing Date: None scheduled<br>Hearing Time: None scheduled<br><br>Discovery Cutoff: None set<br>Pretrial Conference: None set<br>Trial Date: None set |

**PROOF OF SERVICE OF NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS; AND RELATED DOCUMENTS**

04444\00001\122560.1

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1100, Los Angeles, California 90067-6002.

On January 22, 2010, I served the document(s) described as:

1. **NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS;**

3. **DECLARATION OF GREGORY A. FAYER IN SUPPORT OF EX PARTE APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS;**

4. **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE: LETTERS ROGATORY**; and

5. **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS**

on all interested parties in this action by:

☒ placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated below: **SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 22, 2010, at Los Angeles, California.

*Marsha Tylke*
Marsha Tylke

1
**PROOF OF SERVICE OF NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS; AND RELATED DOCUMENTS**

04444\00001\122560.1

**SERVICE LIST**
*CYBERsitter, LLC v. The People's Republic of China, et al.*
CASE NO. CV10-0038 GAF (SHx)

DEFENDANTS:

People's Republic of China
Ministry of Justice
Department of Judicial Assistance and Foreign Affairs
Division of Judicial Assistance
10, Chaoyangmen Nandajie, Chaoyang District
Beijing
P.C. 100020
China

Beijing Dazheng Human Language Technology Academy Ltd.
Wei Di Technology Building, 7th Floor
No. 8, South Blvd., Zhongguan Cun
Haidian District
Beijing 10008-1 China

Zhengzhou Jinhui Computer System Engineering Ltd.
No. 68 Shi Wei Hua Road
Zhengzhou
Henan 45000-1 China

Haier Group Corporation
No. 1 Haier Road, Hi-tech Zone
Qingdao
Shandong 26610-1 China

Lenovo Group Limited
23/F, Lincoln House, Taikoo Place
979 King's Road
Quarry Bay, Hong Kong

Sony Corporation
7-1, Konan, 1-chome
Minato-ku
Tokyo 108-0-075 Japan

Toshiba Corporation
1-1, Shibaura, 1-chome
Minato-ku
Tokyo 105-8-001 Japan

ACER Incorporated
8F, 88, Sec. 1, Hsin Tai Wu Road
Hsichih
Taipei, 221, Taiwan

**PROOF OF SERVICE OF NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS; AND RELATED DOCUMENTS**

1  ASUSTek Computer Inc.
   150-Li-Te Road
2  Peitou
   Taipei City, 112, Taiwan
3
   BenQ Corporation
4  16 Jihu Road,
   Neihu
5  Taipei, 114, Taiwan
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
       3
28 **PROOF OF SERVICE OF NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS; AND RELATED DOCUMENTS**

04444\00001\122560.1