# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software

PLAINTIFF(S)

v.

The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; and DOES 1-10, inclusive.

DEFENDANT(S).

**CASE NUMBER**

CV 10-0038 GAF (SHx)

**SUMMONS**

TO: DEFENDANT(S): The People's Republic of China, a foreign state

A lawsuit has been filed against you.

Within ___60___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Gregory A. Fayer, Esq._____, whose address is _Gipson Hoffman & Pancione, 1901 Avenue of the Stars, #1100, Los Angeles, CA  90067-6002___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____**2 2 JAN 2010**_____

By: _____

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

Dockets.Justia.com

1  GIPSON HOFFMAN & PANCIONE
   A Professional Corporation
2  GREGORY A. FAYER (State Bar No. 232303)
   GFayer@ghplaw.com
3  ELLIOT B. GIPSON (State Bar No. 234020)
   EGipson@ghplaw.com
4  1901 Avenue of the Stars, Suite 1100
   Los Angeles, California 90067-6002
5  Telephone: (310) 556-4660
   Facsimile:  (310) 556-8945
6
7  Attorneys for Plaintiff
   CYBERsitter, LLC d/b/a Solid Oak Software

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11

12  CYBERsitter, LLC, a California limited
    liability company, d/b/a Solid Oak Software,

13          Plaintiff,

14

15  v.

16  The People's Republic of China, a foreign
    state; Zhengzhou Jinhui Computer System
17  Engineering Ltd., a Chinese corporation;
    Beijing Dazheng Human Language
    Technology Academy Ltd., a Chinese
18  corporation; Sony Corporation, a Japanese
    corporation; Lenovo Group Limited, a
19  Chinese corporation; Toshiba Corporation, a
    Japanese corporation; ACER Incorporated, a
20  Taiwanese corporation; ASUSTeK
    Computer Inc., a Taiwanese corporation;
21  BenQ Corporation, a Taiwanese
    corporation; Haier Group Corporation, a
22  Chinese corporation; DOES 1-10, inclusive,

23          Defendants.

CASE NO.

**CV10-0038  GAF (SHx)**

**COMPLAINT FOR
MISAPPROPRIATION OF TRADE
SECRETS; UNFAIR
COMPETITION; COPYRIGHT
INFRINGEMENT; AND CIVIL
CONSPIRACY**

**DEMAND FOR JURY TRIAL**

24

25

26

27

28

**COMPLAINT**

04444\00001\68504.6