GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software, <br><br> Plaintiff, <br><br> v. <br><br> The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV10-0038 GAF (SHx) <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LETTERS ROGATORY TO EFFECT SERVICE OF PROCESS** <br><br> Judge:    Hon. Gary A. Feess <br> Ctrm:    740 <br><br> Discovery Cutoff:  None set <br> Pretrial Conference:  None set <br> Trial Date:  None set |

ORDER

04444\00001\122397.1

# ORDER

The Court, having considered plaintiff CYBERsitter d/b/a Solid Oak Software's ("Plaintiff's") *Ex Parte* Application for Letters Rogatory to Effect Service of Process on the three Taiwanese defendants in this action (*viz.*, ACER Incorporated, ASUSTeK Computer Inc. and BenQ Corporation), having found that the notice requirements of Local Rule 7-19 have been satisfied, and good cause appearing therefor, Plaintiff's application is hereby GRANTED. The Court will sign the Letters Rogatory submitted with Plaintiff's application forthwith.

IT IS SO ORDERED.

Dated: January 27, 2010

_____
Hon. Gary A. Feess
United States District Judge

04444\00001\122397.1