EXHIBIT A
TO DECLARATION OF ELLIOT B. GIPSON

| | |
|---|---|
| 1 | Robert W. Dickerson (State Bar No. 89367) |
| 2 | rdickerson@orrick.com<br>Alyssa M. Caridis (State Bar No. 260103) |
| 3 | acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 777 South Figueroa Street<br>Suite 3200 |
| 5 | Los Angeles, CA  90017<br>Telephone:   +1-213-629-2020 |
| 6 | Facsimile:    +1-213-612-2499 |
| 7 | Kai Tseng (State Bar No. 193756)<br>ktseng@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 9 | Menlo Park, CA  94025<br>Telephone:   +1-650-614-7400 |
| 10 | Facsimile:    +1-650-614-7401 |
| 11 | Attorneys for Defendant<br>ACER Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC a California limited liability company, d/b/a Solid Oak Software,<br><br>                    Plaintiff,<br><br>          v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10,<br><br>                    Defendants. | Case No.  CV 10-0038 GAF (SHx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:           April 28, 2010<br><br>Current Response Date:  May 18, 2010<br><br>New Response Date:       June 17, 2010<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

1  WHEREAS, plaintiff CYBERsitter, LLC ("CYBERsitter") filed a Complaint for Misappropriation of Trade Secrets; Unfair Competition; Copyright Infringement; and Civil Conspiracy ("Complaint") on January 5, 2010 against Defendants The People's Republic of China; Zhengzhou Jinhui Computer System Engineering Ltd.; Beijing Dazheng Human Language Technology Academy Ltd.; Sony Corporation; Lenovo Group Limited; Toshiba Corporation; ACER Incorporated ("ACER"); ASUSTeK Computer Inc.; BenQ Corporation; Haier Group Corporation; and DOES 1-10;

WHEREAS, Defendant ACER was served on April 27, 2010;

WHEREAS, Defendant ACER was the first Defendant to be served;

WHEREAS, Defendants ACER Incorporated; ASUSTeK Computer Inc.; BenQ Corporation (collectively "the Taiwanese Defendants") are the only Defendants that have been served to date;

WHEREAS, ACER is required to respond to the Complaint on or before May 18, 2010;

WHEREAS, Central District of California Local Rule 8-3 provides that the time within the defendants must answer or otherwise respond to the initial complaint can be extended by thirty (30) days by stipulation of the parties;

THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys of record, that the Taiwanese Defendants shall have up to and including June 17, 2010 to file and serve their responses to the Complaint pursuant to Local Rule 8-3. Moreover, as June 17, 2010 approaches, CYBERsitter and the Taiwanese Defendants will discuss whether a further extension on the time to respond to the Complaint is appropriate in light of the status of service of the Complaint on other defendants. The parties' stipulation to this initial extension is without prejudice to their seeking a further extension (either by stipulation or Court order) to the Complaint or any documents filed in response thereto. Additionally, if any of the Taiwanese Defendants file a motion in response to the Complaint, CYBERsitter

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CV 10-0038 GAF (SHx)

will have a thirty (30) day extension to respond to such a motion.

IT IS SO STIPULATED.

Dated: May 17, 2010

Gipson Hoffman & Pancione

*/s/ Elliot B. Gipson*
———————————————
ELLIOT B. GIPSON

Elliot B. Gipson (State Bar No. 234020)
EGipson@ghplaw.com
GIPSON HOFFMAN & PANCIONE
1901 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-6002
Telephone: +1-310-556-4660
Facsimile: +1-310-556-8945

Attorneys for Plaintiff CYBERsitter, LLC
d/b/a Solid Oak Software

- 3 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CV 10-0038 GAF (SHx)

Pg000013

| | | |
|---|---|---|
| Dated: | May 17, 2010 | Orrick, Herrington & Sutcliffe LLP |

                                                  /s/ Robert W. Dickerson
                                                ROBERT W. DICKERSON

Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Alyssa M. Caridis (State Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Kai Tseng (State Bar No. 193756)
ktseng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
ACER Inc.

| | | |
|---|---|---|
| Dated: | May _____, 2010 | Willenken Wilson Loh & Lief LLP |

                                                    PAUL J. LOH

Paul J. Loh (State Bar No. ___)
paulloh@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone: +1-213-955-9240
Facsimile: +1-213-955-9250

Attorneys for Defendant BenQ Corp.

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CV 10-0038 GAF (SHx)

| | | |
|---|---|---|
| 1 | Dated: May ____, 2010 | Orrick, Herrington & Sutcliffe LLP |

_____
ROBERT W. DICKERSON

Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Alyssa M. Caridis (State Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Kai Tseng (State Bar No. 193756)
ktseng@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
ACER Inc.

Dated: May 7, 2010    Willenken Wilson Loh & Lief LLP

_____
PAUL J. LOH

Paul J. Loh (State Bar No. 160541)
paulloh@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone: +1-213-955-9240
Facsimile: +1-213-955-9250

Attorneys for Defendant BenQ Corp.

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT
CV 10-0038 GAF (SHx)

Pg000015

| | | |
|---|---|---|
| 1 | Dated: May 17, 2010 | Turner Boyd LLP |
| 2 | | |
| 3 | | */s/ Karen I. Boyd* |
| 4 | | KAREN I. BOYD |
| 5 | | Karen I. Boyd (State Bar No. 189808) |
| | | boyd@turnerboyd.com |
| 6 | | Turner Boyd LLP |
| 7 | | 2625 Middlefield Rd. #675 |
| | | Palo Alto, CA. 94306 |
| 8 | | Telephone: +1-650-533-7572 |
| | | Facsimile: +1-650-472-8028 |
| 9 | | |
| 10 | | Attorneys for Defendant ASUSTeK Computer Inc. |