EXHIBIT D
TO DECLARATION OF ELLIOT B. GIPSON

|   |   |
|---|---|
| 1 | Robert W. Dickerson (State Bar No. 89367) |
| 2 | rdickerson@orrick.com<br>Alyssa M. Caridis (State Bar No. 260103) |
| 3 | acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 777 South Figueroa Street<br>Suite 3200 |
| 5 | Los Angeles, CA 90017<br>Telephone: +1-213-629-2020 |
| 6 | Facsimile: +1-213-612-2499 |
| 7 | Kai Tseng (State Bar No. 193756)<br>ktseng@orrick.com |
| 8 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 9 | Menlo Park, CA 94025<br>Telephone: +1-650-614-7400 |
| 10 | Facsimile: +1-650-614-7401 |
| 11 | Attorneys for Defendant<br>ACER Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC a California limited liability company, d/b/a Solid Oak Software,<br><br>    Plaintiff,<br><br>    v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10,<br><br>    Defendants. | Case No. CV 10-0038 GAF (SHx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:   April 28, 2010<br><br>Current Response Date:  June 17, 2010<br><br>New Response Date:   July 1, 2010<br><br>[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH |

| | |
|---|---|
| 1 | WHEREAS, plaintiff CYBERsitter, LLC ("CYBERsitter") filed a Complaint for Misappropriation of Trade Secrets; Unfair Competition; Copyright Infringement; and Civil Conspiracy ("Complaint") on January 5, 2010 against Defendants The People's Republic of China; Zhengzhou Jinhui Computer System Engineering Ltd.; Beijing Dazheng Human Language Technology Academy Ltd.; Sony Corporation; Lenovo Group Limited; Toshiba Corporation; ACER Incorporated ("ACER"); ASUSTeK Computer Inc.; BenQ Corporation; Haier Group Corporation; and DOES 1-10; |
| 9 | WHEREAS, on May 17, 2010, Defendant Defendants ACER Incorporated; ASUSTeK Computer Inc.; BenQ Corporation (collectively "the Taiwanese Defendants") and CYBERsitter filed a *FIRST STIPULATION Extending Time to Answer the Complaint* (Dkt. 10) ("the First Stipulation") to extend the date for the Taiwanese Defendants to respond to the Complaint to June 17, 2010; |
| 14 | WHEREAS, the Taiwanese Defendants are the only Defendants that have been served to date; |
| 16 | WHEREAS, pursuant to the First Stipulation, the Taiwanese Defendants are required to respond to the Complaint on or before June 17, 2010; |
| 18 | WHEREAS, CYBERsitter and the Taiwanese Defendants have agreed to extend the date by which the Taiwanese Defendants must respond to the Complaint an additional fourteen (14) days; |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

| | |
|---|---|
| 1 | THE PARTIES HEREBY STIPULATE AND AGREE, by and through their attorneys of record, that the Taiwanese Defendants shall have up to and including July 1, 2010 to file and serve their responses to the Complaint. This agreement has no effect on any provision in the First Stipulation, aside from extending the Taiwanese Defendants' current response due date from June 17, 2010 to July 1, 2010. |

IT IS SO STIPULATED.

Dated: June 11, 2010

Gipson Hoffman & Pancione

_____
ELLIOT B. GIPSON

Elliot B. Gipson (State Bar No. 234020)
EGipson@ghplaw.com
GIPSON HOFFMAN & PANCIONE
1901 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-6002
Telephone: +1-310-556-4660
Facsimile: +1-310-556-8945

Attorneys for Plaintiff CYBERsitter, LLC d/b/a Solid Oak Software

| | | |
|---|---|---|
| 1 | Dated: June 11, 2010 | Orrick, Herrington & Sutcliffe LLP |

/s/ Robert W. Dickerson
_____
ROBERT W. DICKERSON

Robert W. Dickerson (State Bar No. 89367)
rdickerson@orrick.com
Alyssa M. Caridis (State Bar No. 260103)
acaridis@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499

Kai Tseng (State Bar No. 193756)
ktseng@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant
ACER Inc.

Dated: June 11, 2010

Willenken Wilson Loh & Lief LLP

_____
PAUL J. LOH

Paul J. Loh (State Bar No. 160541)
paulloh@willenken.com
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone: +1-213-955-9240
Facsimile: +1-213-955-9250

Attorneys for Defendant BenQ Corp.

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CV 10-0038 GAF (SHx)

Pg000029

| | | |
|---|---|---|
| 1 | Dated: June 11, 2010 | Turner Boyd LLP |
| 2 | | |
| 3 | | /s/ Karen I. Boyd |
| 4 | | KAREN I. BOYD |
| 5 | | Karen I. Boyd (State Bar No. 189808) |
| 6 | | boyd@turnerboyd.com<br>Turner Boyd LLP |
| 7 | | 2625 Middlefield Rd. #675<br>Palo Alto, CA. 94306 |
| 8 | | Telephone: +1-650-533-7572<br>Facsimile: +1-650-472-8028 |
| 9 | | |
| 10 | | Attorneys for Defendant ASUSTeK Computer Inc. |

- 5 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CV 10-0038 GAF (SHx)