EXHIBIT G
TO DECLARATION OF ELLIOT B. GIPSON

# Marsha Tylke

**Subject:** FW: 21 Day Extension Offer

---

**From:** Elliot B. Gipson
**Sent:** Wednesday, June 23, 2010 4:30 PM
**To:** 'Caridis, Alyssa'
**Subject:** 21 Day Extension Offer

Hi Alyssa,

This email follows up the telephone conversation we just had.  Per our conversation, we've thought about your last offer and it's not going to work for us as we think an additional 30 day extension is simply too long a delay, especially in light of the previous 30 day and 14 day extensions that we granted.  Moreover, we don't think it's necessary to schedule a status conference before your answer/motions are filed as that will happen on its own in the normal course.  We want to move the case along and think we have been very accommodating thus far.  As discussed, we are willing to grant you a final 21 day extension provided that you file your answer/motions at the end of the 21 day extension (for the avoidance of doubt – you would not be able to make a motion for a further extension).  In light of the previous extensions, we think this is more than fair.  Of course, you are free to file the ex parte if you do not wish to accept the offer but we will be opposing it.

You indicated that you may not be able to get us an answer tonight regarding our offer and that we may have to wait until tomorrow morning.  That is fine.  Please feel free to call or write me should you want to further discuss the matter but, unless there is a new fact or good reason that we haven't previously discussed, this 21 day extension will be our final offer on the subject.  Regardless of whether you accept our offer or file the ex parte, we appreciate your keeping the lines of communication open and your willingness to reach out via phone calls.  Have a good evening.

Best,

Elliot

Elliot B. Gipson
**Gipson Hoffman & Pancione, A.P.C.**
1901 Avenue of the Stars, Suite 1100
Los Angeles, California  90067
Phone:  310.556.4660, Ext. 1489
Fax:     310.556.8945
Email:   egipson@ghplaw.com

*IRS Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.*

*Disclaimer: This message contains information which may be confidential and privileged. If you are not the intended recipient, you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please notify the sender by reply e-mail and then delete the message.*