```
GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile:  (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV10-0038 JST (SHx)<br><br>**PROOF OF SERVICE OF INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE STATON TUCKER**<br><br>Judge: Hon. Josephine Staton Tucker<br>Ctrm:  10A<br><br>Hearing Date:       Sept. 13, 2010<br>Hearing Time:       10:00 A.M.<br><br>Discovery Cutoff:    None set<br>Pretrial Conference: None set<br>Trial Date:          None set |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1100, Los Angeles, California 90067-6002.

On August 31, 2010, I served the document described as: **PROOF OF SERVICE OF INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE STATON TUCKER** on all interested parties in this action by:

☒ placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as stated below:

### SEE ATTACHED SERVICE LIST

☒ **BY MAIL:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC MAIL:** By electronically mailing a true and correct copy through Gipson Hoffman & Pancione's electronic mail system to the e-mail address(es) set forth as stated on the attached service list. [C.C.P. § 1010.6].

☒ [State]     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 31, 2010, at Los Angeles, California.

_Marsha Tylke_
Marsha Tylke

---

1

**PROOF OF SERVICE OF INITIAL STANDING ORDER FOR CASES ASSIGNED TO JUDGE JOSEPHINE STATON TUCKER**

04444\00001\173203.1

# SERVICE LIST
*CYBERsitter, LLC v. The People's Republic of China, et al.*
CASE NO. CV10-0038 JST (SHx)

| | |
|---|---|
| Paul J. Loh, Esq.<br>Willenken Wilson Loh & Lieb LLP<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, CA 90017 | Attorneys for Defendant BenQ Corporation |
| Karen I. Boyd, Esq.<br>Turner Boyd LLP<br>2625 Middlefield Road<br>Suite 675<br>Palo Alto, CA 94306 | Attorneys for Defendant ASUSTeK Computer Inc. |
| Robert W. Dickerson<br>Alyssa M. Caridis<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br><br>Kai Tseng<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025 | Attorneys for Defendant Acer Inc. |
| Karin G. Pagnanelli<br>Marc E. Mayer<br>Mitchell Silberberg & Knupp LLP<br>11377 West Olympic Blvd.<br>Los Angeles, CA 90064-1683 | Attorneys for Defendant Sony Corporation |
| John B. Sganga, Jr.<br>Knobbe Martens Olson & Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Attorneys for Defendant Toshiba Corporation |

2

**PROOF OF SERVICE OF INITIAL STANDING ORDER
FOR CASES ASSIGNED TO JUDGE JOSEPHINE STATON TUCKER**

04444\00001\173203.1

1  **SERVICE LIST (CONTINUED)**

2  Joseph F. Coyne, Jr.                           Attorneys for Defendant Lenovo Group
3  Mary E. Tarduno                                Limited
   Bethany L. Hengsbach
4  Sheppard, Mullin, Richter
5    & Hampton LLP
   333 South Hope Street, 48th Floor
6  Los Angeles, CA  90071-1448

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          3
   **PROOF OF SERVICE OF INITIAL STANDING ORDER
   FOR CASES ASSIGNED TO JUDGE JOSEPHINE STATON TUCKER**

04444\00001\173203.1