GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile:  (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00038 JST (SH)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION OF DEFENDANT SONY CORPORATION TO DISMISS THE ACTION ON GROUNDS OF *FORUM NON CONVENIENS***<br><br>Judge: Hon. Josephine Staton Tucker<br>Ctrm: 10A<br><br>Hearing Date:     Nov. 8, 2010<br>Hearing Time:    10:00 a.m.<br><br>Discovery Cutoff:     None Set<br>Pretrial Conference:  None Set<br>Trial Date:               None Set |

# TABLE OF CONTENTS

**PAGE**

TABLE OF AUTHORITIES ................................................................................... ii

REQUEST FOR JUDICIAL NOTICE .................................................................... 1

    Sony Intellectual Property Registrations in the United States ......................... 1

    Acer IP Registrations in the United States ....................................................... 4

    ASUSTek IP Registrations in the United States .............................................. 7

    BenQ IP Registrations in the United States ..................................................... 9

    Office of U.S. Trade Representative Records ................................................ 11

    Newspaper Articles ......................................................................................... 12

    Sony Corporation Facts .................................................................................. 12

GIPSON HOFFMAN & PANGIONE
A PROFESSIONAL CORPORATION

# TABLE OF AUTHORITIES

**PAGE(S)**

**FEDERAL CASES**

*Asg Indus., Inc. v. U. S.*,
 82 Cust. Ct. 1 (Cust. Ct. 1979) .............................................................. 11, 12

*Crowder v. Kitagawa*,
 81 F.3d 1480 (9th Cir. 1996) ........................................................................ 12

*Duluth News-Tribune, a Div. of Nw. Publications, Inc. v. Mesabi Pub. Co.*,
 84 F.3d 1093 (8th Cir. 1996) ........................................... 2, 3, 5, 6, 7, 8, 9, 10

*Feathercombs, Inc. v. Solo Products Corp.*,
 306 F.2d 251 (2nd Cir. 1962) ............................................................ 4, 6, 8, 10

*Island Software & Computer Serv., Inc. v. Microsoft Corp.*,
 413 F.3d 257 (2d Cir. 2005) ...................................................................... 1, 4

*Jarvis v. JP Morgan Chase Bank, N.A.*,
 CV 10-4184-GHK (FMOx) 2010 WL 2927276 (C.D. Cal.
 July 23, 2010) ................................................................................. 1, 4, 11, 12

*Mack v. South Bay Beer Distributors*,
 798 F.2d 1279 (9th Cir. 1986) .................................................................. 11-12

*Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*,
 672 F. Supp. 2d 252 (D.P.R. 2009) .................................. 2, 3, 5, 6, 7, 8, 9, 10

**STATUTES**

Federal Rule of Evidence 201 ................................................................................. 1

Federal Rule of Evidence 201(b)(2) ........................................................................ 1

**TABLE OF AUTHORITIES (continued)**

**PAGE(S)**

**OTHER**

2009 Special 301 Report created by the Office of the United States Trade Representative pursuant to Section 182 of the Trade Act of 1974, as amended by the Omnibus Trade and Competitiveness Act of 1988 and the Uruguay Round Agreements Act (enacted in 1994)........... 11

2010 Special 301 Report created by the Office of the United States Trade Representative pursuant to Section 182 of the Trade Act of 1974, as amended by the Omnibus Trade and Competitiveness Act of 1988 and the Uruguay Round Agreements Act (enacted in 1994)........... 12

Andrew Jacobs and Jonathan Ansfield, "*Nobel Peace Prize Given to Jailed Chinese Dissident*," *New York Times*, October 8, 2010 ................................ 12

# REQUEST FOR JUDICIAL NOTICE

Plaintiff CYBERsitter, LLC ("Plaintiff") respectfully submits this Request for Judicial Notice pursuant to Federal Rule of Evidence 201. Plaintiff requests that the Court take judicial notice of the following facts which are "not subject to reasonable dispute" as they are "capable of accurate and ready determination by sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

## Sony Intellectual Property Registrations in the United States

1. Plaintiff requests that the Court take judicial notice of the fact that Defendant Sony Corporation ("Sony") has over 250 copyright registrations on file in the United States Copyright Office as indicated in the exhibit attached herein and publicly available through the Copyright Office's website. *Island Software & Computer Serv., Inc. v. Microsoft Corp., 413 F.3d 257, 261 (2d Cir. 2005)* (District court was entitled to take judicial notice of copyright infringement plaintiff's federal copyright registrations, as published in Copyright Office's registry.); *see also Jarvis v. JP Morgan Chase Bank, N.A.,* CV 10-4184-GHK (FMOx), 2010 WL 2927276 (C.D. Cal. July 23, 2010) ("Judicial notice may be taken of documents available on government websites."). True and correct copies of computer printouts from the Copyright Office's website showing more than 250 registrations are attached collectively as **Exhibit 1**.

2. Information pertaining to Sony's U.S. copyright registrations is publicly available at the Copyright Office's website at http://www.copyright.gov/records/. The user should click on the link entitled "Search the Catalog." The user should then click on the link entitled "Other Search Options." The user should type "Sony Corporation" in the box next to "Search for." The user should then click on the box entitled "any of these" and toggle down and select "as a phrase." The user should then move to the box next to "Search by" and toggle down and select "Name: Claimant (KCLN)." The user should then move to the select the word "NOT." The

1  user should then type in "Sony Corporation of America" in the second "Search for" box. The user should then click on the box entitled "any of these" and toggle down and select "as a phrase." The user should then move to the box next to "Search by" and toggle down and select "Name: Claimant (KCLN)." Finally, the user should click on the button that reads "Begin Search." 273 entries will appear. A true and correct copy of the "Word and/or Design Mark Search (Structured)" page with the above search inserted is attached for the Court's reference as **Exhibit 2**.

3. Plaintiff requests that the Court take judicial notice that Defendant Sony Corporation has more than 400 trademark applications and registrations on file with the United States Patent and Trademark Office ("USPTO"). True and correct copies of computer printouts from the USPTO website showing 415 trademark applications and registrations are attached collectively as **Exhibit 3**. *Duluth News-Tribune, a Div. of Nw. Publications, Inc. v. Mesabi Pub. Co.*, 84 F.3d 1093, 1100 (8th Cir. 1996) (taking judicial notice of a party's recent registration of a trademark); *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d 252, 257 (D.P.R. 2009) (judicial notice is appropriate where trademark registrations are readily determinable through the use of the USPTO's website).

4. Information pertaining to Sony Corporation's U.S. trademark applications and registrations is publicly available at the USPTO's website at www.uspto.gov. The user should move down to area labeled "Trademarks" and click on the link "Search Marks." The user should then click on the link "Word and/or Design Mark Search (Structured)." The user should then type in the term "Sony Corporation" (with quotation marks) in the first box labeled next to "Search Term." The user should then click on the box next to the term "Field" and toggle down and select "Owner Name." The user should then move to the box next to the term "Operator" and toggle down and select "AND." The user should then move to the second "Search Term" box and type in "1-7-1" (including the quotation marks). The user should then move to the second "Field" and toggle down and select "Owner

1  Name and Address."  The user should then click on the button labeled "Submit
2  Query."  415 trademark applications and registrations will appear.  A true and correct
3  copy of the "Word and/or Design Mark Search (Structured)" page with the above
4  search inserted is attached for the Court's reference as **Exhibit 4**.

5      5.  Plaintiff requests that the Court take judicial notice of Sony's U.S.
6  trademark registration no. 885,111 filed on August 9, 1968 and registered on January
7  27, 1970.  In particular, Plaintiff requests that the Court take judicial notice that
8  Defendant Sony has used the SONY mark in United States commerce in the since at
9  least July 20, 1967 – the date of first use in United States commerce indicated on
10 Sony's trademark registration 885,111.  A true and correct copy of the Registration
11 Certificate available at the USPTO's website is attached as **Exhibit 5**.  *Duluth News-*
12 *Tribune,* 84 F.3d 1093; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672
13 F. Supp. 2d 252.

14     6.  Plaintiff requests that the Court take judicial notice of Sony's U.S.
15 trademark registration no. 1,622,127 for, among other things, computers, filed on
16 November 13, 1990 and registered on November 13, 1990.  In particular, Plaintiff
17 requests that the Court take judicial notice that Defendant Sony has used the SONY
18 mark for computers in United States commerce since at least December 15, 1969 – the
19 date of first use in United States commerce indicated on Sony's trademark registration
20 no. 1,622,127.  A true and correct copy of the Registration Certificate is available at
21 the USPTO's website is attached as **Exhibit 6**.  *Id*.

22     7.  Plaintiff requests that the Court take judicial notice of Sony's Combined
23 Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration
24 of a Mark under Sections 8 & 9 ("Sony's Combined Declaration of Use") for
25 registration no. 1,622,127.  A true and correct copy of the Sony's Combined
26 Declaration of Use available at the USPTO's website is attached as **Exhibit 7**.  *Id*.

27     8.  Plaintiff requests that the Court take judicial notice of the fact that Sony
28 Corporation has more than 25,000 patent applications and registrations on file in the

United States Patent and Trademark Office as indicated by the attached exhibit herein. True and correct copies of computer printouts from the USPTO's website showing 28,433 hits for applicant Sony Corporation are attached collectively as **Exhibit 8**. In the interests of economy, Plaintiff is only attaching the first 50 hits and the last 33 hits in the printouts available from the USPTO website, which show 28,433 patent applications and/or registrations. *Feathercombs, Inc. v. Solo Products Corp.,* 306 F.2d 251, 251 at FN1 (2nd Cir. 1962) (United States patents may be judicially noticed in discretion of court) (*cert. denied* 83 S.Ct. 253).

9. Information pertaining to Sony's U.S. patent applications and registrations is publicly available at the USPTO website at www.uspto.gov. The user should move down to the area labeled "Patents" and click on the link labeled "Search." The user should then click on the link labeled "Quick Search." The user should type "Sony Corporation" into the box next to "Term 1." The user should then click on the box next to "Field 1" and toggle down and select "Assignee Name." The user should then type "JP" into the box next to "Term 2" and toggle down and select "Assignee Country" in the box next to "Field 2." The user should then click on the button entitled "Search." A true and correct copy of the computer printout for the "Quick Search" following the above instructions is attached for the Court's reference as **Exhibit 9**.

### Acer IP Registrations in the United States

10. Plaintiff requests that the Court take judicial notice of the fact that Acer, Inc. has more than two dozen copyright registrations on file in the United States Copyright Office and publicly available through the Copyright Office's website. *Island Software & Computer Serv., Inc. v. Microsoft Corp.,* 413 F.3d 257, 261; *Jarvis v. JP Morgan Chase Bank, N.A.*, 2010 WL 2927276. True and correct copies of computer printouts from the Copyright Office's website showing 27 registrations are attached collectively as **Exhibit 10**.

1   11.   Information pertaining to Acer's U.S. copyright applications and registrations is publicly available at the Copyright Office's website at http://www.copyright.gov/records/.  The user should click on the link entitled "Search the Catalog."   The user should type "Acer, Inc." in the box next to "Search for."  The user should then click on lick on the button that reads "Begin Search."   The user will be brought to another web page showing 27 registrations for Acer.  A true and correct copy of the "Basic" page with the above search inserted is attached for the Court's reference as **Exhibit 11**.

12.   Plaintiff requests that the Court take judicial notice that Acer has more than 70 trademark applications and registrations on file with the United States Patent and Trademark Office ("USPTO") as indicated in the attached exhibit.   A true and correct copy of computer printouts from the USPTO website showing 78 trademark applications and registrations is attached as **Exhibit 12**.  *Duluth News-Tribune, a Div. of Nw. Publications, Inc. v. Mesabi Pub. Co.*, 84 F.3d 1093, 1100; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d 252.

13.   Information pertaining to Acer's U.S. trademark applications and registrations is publicly available at the USPTO's website at www.uspto.gov.   The user should move down to area labeled "Trademarks" and click on the link "Search Marks."   The user should then click on the link "Word and/or Design Mark Search (Structured)."   The user should then type in the term "Acer Incorporated" (with quotation marks) in the first box labeled next to "Search Term."  The user should then click on the box next to the term "Field" and toggle down and select "Owner Name." The user should then move to the box next to the term "Operator" and toggle down and select "AND."   The user should then move to the second "Search Term" box and type in "Taiwan".  The user should then move to the second "Field" and toggle down and select "Owner Name and Address."   The user should then click on the button labeled "Submit Query."   A true and correct copy of the "Word and/or Design Mark

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

5

1  Search (Structured)" page with the above search inserted is attached for the Court's
2  reference as **Exhibit 13**.

3  14. Plaintiff requests that the Court take judicial notice of Acer trademark registration no. 1,475,746 for "personal and business computers" among other items, filed on May 19, 1987 and registered on February 9, 1988. In particular, Plaintiff requests that the Court take judicial notice that Defendant Acer has used the ACER mark for computers in United States commerce since at least February 18, 1987 – the date of first use in United States commerce indicated on Acer's trademark registration no. 1,475,746. This registration is publicly available on the USPTO website at: http://tmportal.uspto.gov/external/PA_TOWUserInterface/OpenServletWindow?serialNumber=73661739&scanDate=2005121484132&DocDesc=Registration+Certificate&docType=ORC&currentPage=1&rowNum=9&rowCount=10&formattedDate=09-Feb-1988. A true and correct copy of the Registration Certificate available at the USPTO's website is attached as **Exhibit 14**. *Duluth News-Tribune,* 84 F.3d 1093; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d 252.

15. Plaintiff specifically requests that the Court take judicial notice of the facts stated in Acer's Combined Declaration of Use In Commerce & Application For Renewal of Registration of A Mark Under Sections 8 & 9 ("Acer's Combined Declaration of Use") with respect to registration no. 1,475,746. A true and correct copy of Acer's Combined Declarations of Use available at the USPTO's website is attached as **Exhibit 15**. *Id*.

16. Plaintiff requests that the Court take judicial notice of Acer's 250 patent applications and registrations on file in the United States Patent and Trademark Office as indicated in the attached exhibit. True and correct copies of computer printouts from the USPTO's website showing 250 hits for Assignee "Acer Incorporated" are attached collectively as **Exhibit 16**. *Feathercombs, Inc. v. Solo Products Corp.,* 306 F.2d 251, 251 at FN1.

1   17. Information pertaining to Acer's U.S. patent applications and registrations is publicly available at the USPTO website at www.uspto.gov. The user should move down to the area labeled "Patents" and click on the link labeled "Search." The user should then click on the link labeled "Quick Search." The user should type "Acer Incorporated" into the box next to "Term 1." The user should then click on the box next to "Field 1" and toggle down and select "Assignee Name." The user should then type "TW" into the box next to "Term 2" and toggle down and select "Assignee Country" in the box next to "Field 2." The user should then click on the button entitled "Search." A true and correct copy of the computer printout for the "Quick Search" following the above instructions is attached for the Court's reference as **Exhibit 17**.

## ASUSTek IP Registrations in the United States

18. Plaintiff requests that the Court take judicial notice of the fact that ASUSTek has more more than 75 trademark applications and registrations on file with the United States Patent and Trademark Office ("USPTO") as indicated in the attached exhibit. A true and correct copy of computer printouts from the USPTO website showing 83 trademark applications and registrations is attached as **Exhibit 18**. *Duluth News-Tribune, a Div. of Nw. Publications, Inc. v. Mesabi Pub. Co.*, 84 F.3d 1093, 1100; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d 252.

19. Information pertaining to ASUSTek's U.S. trademark applications and registrations is publicly available at the USPTO's website at www.uspto.gov. The user should move down to area labeled "Trademarks" and click on the link "Search Marks." The user should then click on the link "Word and/or Design Mark Search (Structured)." The user should then type in the term "Asustek Computer" (with quotation marks) in the first box labeled next to "Search Term." The user should then click on the box next to the term "Field" and toggle down and select "Owner Name." The user should then move to the box next to the term "Operator" and toggle down

7

1    and select "AND." The user should then move to the second "Search Term" box and
2    type in "Taiwan". The user should then move to the second "Field" and toggle down
3    and select "Owner Name and Address." The user should then click on the button
4    labeled "Submit Query." A true and correct copy of the "Word and/or Design Mark
5    Search (Structured)" page with the above search inserted is attached for the Court's
6    reference as **Exhibit 19**.

7    20.  Plaintiff requests that the Court take judicial notice of ASUSTek's
8    trademark registration no. 2,376,858 for "personal computers" among other items,
9    filed on January 1, 1999 and registered on August 15, 2000. In particular, Plaintiff
10   requests that the Court take judicial notice that Defendant ASUSTek has used the
11   ASUS mark for computers in United States commerce since at least January 21, 1993
12   – the date of first use in United States commerce indicated on Acer's trademark
13   registration no. 2,376,858. A true and correct copy of the Registration Certificate
14   available at the USPTO's website is attached as **Exhibit 20**. *Duluth News-Tribune,* 84
15   F.3d 1093; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d
16   252.

17   21.  Plaintiff specifically requests that the Court take judicial notice of
18   ASUSTek's Combined Declaration of Use and/or Excusable Nonuse/Application for
19   Renewal of Reguistration of a Mark Under Sections 8 & 9 ("ASUSTek's Combined
20   Declaration of Use") with respect to registration no. 2,376,858. A true and correct
21   copy of ASUSTek's Combined Declaration of Use, which is publicly available at the
22   USPTO's website, is attached as **Exhibit 21**. *Id*.

23   22.  Plaintiff requests that the Court take judicial notice of the fact that
24   ASUSTek has over 250 patent applications and registrations on file in the United
25   States Patent and Trademark Office as indicated in the attached exhibit. A true and
26   correct copy of computer printouts from the USPTO's website showing 300 hits for
27   Assignee "ASUSTek Computer" is attached as **Exhibit 22**. *Feathercombs, Inc. v.*
28   *Solo Products Corp.,* 306 F.2d 251, 251 at FN1.

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

23. Information pertaining to ASUSTeK's U.S. patent applications and registrations is publicly available at the USPTO website at www.uspto.gov. The user should move down to the area labeled "Patents" and click on the link labeled "Search." The user should then click on the link labeled "Quick Search." The user should type "ASUSTEK COMPUTER" into the box next to "Term 1." The user should then click on the box next to "Field 1" and toggle down and select "Assignee Name." The user should then type "TW" into the box next to "Term 2" and toggle down and select "Assignee Country" in the box next to "Field 2." The user should then click on the button entitled "Search." A true and correct copy of the computer printout for the "Quick Search" following the above instructions is attached for the Court's reference as **Exhibit 23**.

### BenQ IP Registrations in the United States

24. Plaintiff requests that the Court take judicial notice of BenQ's five trademark applications and registrations on file with the United States Patent and Trademark Office ("USPTO") as indicated in the attached exhibit. A true and correct copy of computer printouts from the USPTO website showing five trademark applications and registrations is attached as **Exhibit 24**. *Duluth News-Tribune, a Div. of Nw. Publications, Inc. v. Mesabi Pub. Co.*, 84 F.3d 1093, 1100; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d 252.

25. Information pertaining to BenQ's U.S. trademark applications and registrations is publicly available at the USPTO's website at www.uspto.gov. The user should move down to area labeled "Trademarks" and click on the link "Search Marks." The user should then click on the link "Word and/or Design Mark Search (Structured)." The user should then type in the term "BenQ Corporation" (with quotation marks) in the first box labeled next to "Search Term." The user should then click on the box next to the term "Field" and toggle down and select "Owner Name." The user should then move to the box next to the term "Operator" and toggle down and select "AND." The user should then move to the second "Search Term" box and

1 type in "Taiwan". The user should then move to the second "Field" and toggle down
2 and select "Owner Name and Address." The user should then click on the button
3 labeled "Submit Query." A true and correct copy of the "Word and/or Design Mark
4 Search (Structured)" page with the above search inserted is attached for the Court's
5 reference as **Exhibit 25**.

6     26. Plaintiff requests that the Court take judicial notice of BenQ's trademark
7 registration no. 2,906,921, filed on December 12, 2001 and registered on November
8 30, 2004, in international class 9 for "computers" among other items. In particular,
9 Plaintiff requests that the Court take judicial notice that Defendant BenQ has used the
10 BENQ mark for computers in United States commerce since at least January 15, 2002
11 – the date of first use in United States commerce indicated on BenQ's trademark
12 registration no. 2,906,921. A true and correct copy of the Registration Certificate
13 available at the USPTO's website is attached as **Exhibit 26**. *Duluth News-Tribune,* 84
14 F.3d 1093; *Total Petroleum Puerto Rico Corp. v. Torres-Caraballo*, 672 F. Supp. 2d
15 252.

16     27. Plaintiff requests that the Court take judicial notice of BenQ's Combined
17 Declaration of Use and Incontestability under Sections 8 & 15 ("BenQ's Combined
18 Declaration of Use") with respect to registration no. 2,906,921. A true and correct
19 copy of the Combined Declaration of Use and Incontestability under Sections 8 & 15
20 publicly available at the USPTO's website is attached as **Exhibit 27**. *Id*.

21     28. Plaintiff requests that the Court take judicial notice of the fact that BenQ
22 has more than 600 patent applications and registrations on file in the United States
23 Patent and Trademark Office as indicated in the attached exhibit. True and correct
24 copies of computer printouts from the USPTO's website showing 639 hits for
25 Assignee "BenQ Corporation" are attached collectively as **Exhibit 28**. *Feathercombs,*
26 *Inc. v. Solo Products Corp.,* 306 F.2d 251, 251 at FN1.

27     29. Information pertaining to BenQ's U.S. patent applications and
28 registrations is publicly available at the USPTO website at www.uspto.gov. The user

10
RJN ISO OF PLAINTIFF'S OPPOSITION TO FNC

04444\00001\178979.3

1 should move down to the area labeled "Patents" and click on the link labeled
2 "Search." The user should then click on the link labeled "Quick Search." The user
3 should type "BenQ Corporation" (with quotation marks) into the box next to "Term
4 1." The user should then click on the box next to "Field 1" and toggle down and
5 select "Assignee Name." The user should then type "TW" into the box next to "Term
6 2" and toggle down and select "Assignee Country" in the box next to "Field 2." The
7 user should then click on the button entitled "Search." A true and correct copy of the
8 computer printout for the "Quick Search" following the above instructions is attached
9 for the Court's reference as **Exhibit 29**.

## Office of U.S. Trade Representative Records

11 30. Plaintiff requests that the Court take judicial notice of the 2009 Special
12 301 Report created by the Office of the United States Trade Representative (the
13 "USTR") pursuant to Section 182 of the Trade Act of 1974, as amended by the
14 Omnibus Trade and Competitiveness Act of 1988 and the Uruguay Round
15 Agreements Act (enacted in 1994), a true and correct copy of which is attached as
16 **Exhibit 30**. *See Mack v. South Bay Beer Distributors*, 798 F.2d 1279, 1282 (9th Cir.
17 1986) (courts may take judicial notice of "matters of public record"); *Jarvis v. JP*
18 *Morgan Chase Bank, N.A.*, CV 10-4184-GHK; *Asg Indus., Inc. v. U. S.*, 82 Cust. Ct.
19 1, 11 (Cust. Ct. 1979) ("It is a well established principle of law which needs no
20 citation that courts may take judicial notice of official publication.") (rev'd, on other
21 grounds). This report is publicly available at the USTR's website at:
22 http://www.ustr.gov/sites/default/files/Full%20Version%20of%20the%202009%20SP
23 ECIAL%20301%20REPORT.pdf.

24 31. Plaintiff requests that the Court take judicial of the 2010 Special 301
25 Report created by the Office of the United States Trade Representative (the "USTR")
26 pursuant to Section 182 of the Trade Act of 1974, as amended by the Omnibus Trade
27 and Competitiveness Act of 1988 and the Uruguay Round Agreements Act (enacted in
28 1994), a true and correct copy of which is attached as **Exhibit 31**. *See Mack v. South*

GIPSON HOFFMAN & PANCIONE
A PROFESSIONAL CORPORATION

1. *Bay Beer Distributors*, 798 F.2d 1279, 1282; *Jarvis v. JP Morgan Chase Bank, N.A.*, CV 10-4184-GHK; *Asg Indus., Inc. v. U. S.*, 82 Cust. Ct. 1, 11. This report is publicly available at the USTR's website at: http://www.ustr.gov/webfm_send/1906.

### Newspaper Articles

32. Plaintiff requests that the Court take judicial notice of the *New York Times* article written by Andrew Jacobs and Jonathan Ansfield published on October 8, 2010, "Nobel Peace Prize Given to Jailed Chinese Dissident," a true and correct copy of which is attached as **Exhibit 32**. *Crowder v. Kitagawa*, 81 F.3d 1480, 1491 FN 10 (9th Cir. 1996) (courts may take notice of adjudicative facts appearing in newspapers). This article is publicly available at the New York Times website at: http://www.nytimes.com/2010/10/09/world/09nobel.html?_r=1.

### Sony Corporation Facts

33. Plaintiff requests that the Court take judicial notice that Sony Corporation of America is the U.S. subsidiary of Sony and that Sony's subsidiaries and affiliates have offices located in southern California. Attached as **Exhibit 33** are true and correct copies of computer printouts from the publicly available website of Sony Corporation of America. This information is available at:

- http://www.sony.com/SCA/corporate.shtml; and
- http://www.sony.com/SCA/outline/pictures.shtml.

DATED: October 11, 2011

GIPSON HOFFMAN & PANCIONE
Gregory A. Fayer
Elliot B. Gipson


By: /s/ Elliot B. Gipson
       Elliot B. Gipson
Attorneys for Plaintiff
CYBERSITTER, LLC D/B/A
SOLID OAK SOFTWARE