GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile:  (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00038 JST (SH)<br><br>**ORDER REGARDING JOINT STIPULATION TO ALLOW PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT SONY CORPORATION'S MOTION TO DISMISS THE ACTION ON GROUNDS OF *FORUM NON CONVENIENS* TO EXCEED TWENTY-FIVE PAGES**<br><br>Judge: Hon. Josephine Staton Tucker<br>Ctrm:   10A<br><br>Hearing Date:         Nov. 8, 2010<br>Hearing Time:        10:00 a.m.<br><br>Discovery Cutoff:    None Set<br>Pretrial Conference: None Set<br>Trial Date:               None Set |

[PROPOSED] ORDER

04444\00001\179239.1

**[PROPOSED] ORDER**

Having considered the Joint Stipulation of Plaintiff CYBERsitter, LLC ("Plaintiff") and defendant Sony Corporation ("Sony") to permit Plaintiff to file a single consolidated brief in opposition to Sony's pending motion to dismiss the action on grounds of *forum non conveniens* and in opposition to any other pending motions and joinders by the other defendants herein, and good cause appearing therefor:

The parties' request is hereby GRANTED. Plaintiff may file a single consolidated brief in opposition to any pending motions and joinders, not to exceed 35 pages in length.

IT IS SO ORDERED.


Dated: 10/19/10                                    JOSEPHINE STATON TUCKER
                                                   Hon. Josephine Staton Tucker
                                                   United States District Judge