UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 10-38-JST (SHx)                                                  Date:  November 4, 2010
Title:  CYBERsitter, LLC v. The People's Republic of China, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TAKING MATTER UNDER SUBMISSION (DOC. 49)**

  Before the Court is Defendant Sony Corporation's Motion to Dismiss on Grounds of Forum Non Conveniens (Doc. 49).  The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  Accordingly, the hearing set for November 8, 2010, at 10:00 a.m. is removed from the calendar.

Initials of Preparer:  enm