GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER (State Bar No. 232303)
GFayer@ghplaw.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@ghplaw.com
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile:  (310) 556-8945

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00038 JST(SHx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PEOPLE'S REPUBLIC OF CHINA**<br><br>**FED. R. CIV. P. 55**<br><br>Judge: Hon. Josephine Staton Tucker<br>Ctrm:  10A<br><br>Hearing Date: Jan. 10, 2011<br>Hearing Time: 10:00 a.m.<br><br>Discovery Cutoff: Dec. 2, 2011<br>Pretrial Conference: Feb. 27, 2012<br>Trial Date: March 27, 2012 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that at 10:00 a.m. on January 10, 2011, or as soon thereafter as the matter may be heard, by submission to the Honorable Josephine Staton Tucker in Courtroom 10A of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701, plaintiff CYBERsitter, LLC d/b/a Solid Oak Software ("CYBERsitter" or "Plaintiff") will and hereby does move this Court for entry of default against defendant People's Republic of China ("PRC").

This motion is made on the following grounds. Plaintiff served the PRC pursuant to the procedures set forth in the Foreign Sovereign Immunities Act, 28 U.S.C. § 1330, *et seq*. According to the proof of service filed with the Court by the U.S. Department of State on November 12, 2010, service of defendant PRC was completed on September 27, 2010. The PRC's response date was thus November 26, 2010. Fed. R. Civ. P. 12(a)(1)(A)(ii). The PRC failed to answer or otherwise respond to the Complaint by that date. Accordingly, entry of default as to the PRC is appropriate.

This motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the accompanying Declaration of Elliot B. Gipson; the pleadings and papers on file in this action; any oral arguments of counsel; and upon any other evidence that the Court may consider or matters of which the Court may take judicial notice. A Proposed Order is lodged concurrently herewith.

DATED: December 13, 2010

GIPSON HOFFMAN & PANCIONE
A Professional Corporation
GREGORY A. FAYER
ELLIOT B. GIPSON

By  /s/  Gregory A. Fayer
  GREGORY A. FAYER
Attorneys for Plaintiff CYBERsitter, LLC
d/b/a Solid Oak Software