1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00038 JST (SH)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PEOPLE'S REPUBLIC OF CHINA**<br><br>Judge:  Hon. Josephine Staton Tucker<br>Ctrm:   10A<br><br>Hearing Date:          Jan. 10, 2011<br>Hearing Time:          10:00 a.m.<br><br>Discovery Cutoff:      Dec. 2, 2011<br>Pretrial Conference:   Feb. 27, 2012<br>Trial Date:            March 27, 2012 |

ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having considered the motion of Plaintiff CYBERsitter, LLC for entry of default against defendant People's Republic of China, and the papers and evidence filed in support thereof, and good cause appearing therefor:

Plaintiff's motion is GRANTED.   The Court hereby enters default against defendant People's Republic of China.

IT IS SO ORDERED.

Dated:  February 16, 2011      _____
                                Hon. Josephine Staton Tucker
                                United States District Judge

1
ORDER