| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>Kendall Brill & Klieger<br>Richard B. Kendall (State Bar No. 90072)<br>Bert H. Deixler (State Bar No. 70614)<br>Gabriel D. Miller (State Bar No. 243359)<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, CA  90067<br>Telephone: 310-556-2700<br>Facsimile: 310-556-2705<br><br>ATTORNEYS FOR:  Zhengzhou Jinhui Computer System Eng'g Ltd. | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBERsitter, LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>The People's Republic of China, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 10-0038 JST (SHx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant Zhengzhou Jinhui Computer System Engineering Ltd.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation | Defendant |
| Huiqin Zhao | Shareholder of Zhengzhou Jinhui Computer System Engineering Ltd. |
| Chenmin Zhan | Shareholder of Zhengzhou Jinhui Computer System Engineering Ltd. |

| | |
|---|---|
| May 10, 2011<br>Date | /s/ Gabriel D. Miller<br>Sign |
| | Defendant Zhengzhou Jinhui Computer System Engineering Ltd.<br>Attorney of record for or party appearing in pro per |