Mitchell
Silberberg &
Knupp LLP
3845285.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE'S REPUBLIC OF CHINA, a foreign state; ZHENGZHOU JINHUI COMPUTER SYSTEM ENGINEERING LTD., a Chinese corporation; BEIJING DAZHENG HUMAN LANGUAGE TECHNOLOGY ACADEMY LTD., a Chinese corporation; SONY CORPORATION, a Japanese corporation; LENOVO GROUP LIMITED, a Chinese corporation; TOSHIBA CORPORATION, a Japanese corporation; ACER INCORPORATED, a Taiwanese corporation; ASUSTeK COMPUTER INC., a Taiwanese corporation; BenQ CORPORATION, a Taiwanese corporation; HAIER GROUP CORPORATION, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-0038 JST (SHx)<br><br>The Honorable Josephine Staton Tucker<br><br>**ORDER RE DISMISSAL OF DEFENDANT SONY CORPORATION ONLY** |

Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of voluntary dismissal between Plaintiff CYBERsitter LLC ("Plaintiff") and Sony Corporation ("Sony"), it is hereby ORDERED that this action, and each of the claims set forth therein, as they pertain to and as against Sony Corporation, are voluntarily dismissed in their entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 12, 2011

**JOSEPHINE STATON TUCKER**
Honorable Josephine Staton Tucker
United States District Judge

Mitchell Silberberg & Knupp LLP
3845285.1