FAYER GIPSON LLP
Gregory A. Fayer (SBN 232303)
GFayer@fayergipson.com
Elliot B. Gipson (SBN 234020)
EGipson@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3550
Facsimile:  310.557.3559

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00038 JST(SHx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Josephine Staton Tucker<br>Ctrm:   10A<br><br>Hearing Date:      None Set<br>Hearing Time:      None Set<br><br>Discovery Cutoff:   December 2, 2011<br>Pretrial Conference: February 27, 2012<br>Trial Date:          March 27, 2012 |

NOTICE OF SETTLEMENT

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE** that the parties have reached a settlement resolving the entire case.  Pending the occurrence of certain conditions precedent, plaintiff CYBERsitter, LLC will file a notice of dismissal no later than April 13, 2012.

DATED:  February 7, 2012           Respectfully submitted,

                                         FAYER GIPSON LLP
                                         GREGORY A. FAYER
                                         ELLIOT B. GIPSON

                                         By_____/s/_____
                                               GREGORY A. FAYER
                                         Attorneys for Plaintiff CYBERsitter, LLC
                                         d/b/a Solid Oak Software