EXHIBIT A

FAYER GIPSON LLP
A Limited Liability Partnership
GREGORY A. FAYER (State Bar No. 232303)
GFayer@fayergipson.com
ELLIOT B. GIPSON (State Bar No. 234020)
EGipson@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: (310) 557-3558
Facsimile: (310) 557-3589

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software,<br><br>Plaintiff,<br><br>v.<br><br>The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00038 JST (SHx)<br><br>**JOINT STIPULATION OF DISMISSAL OF DEFENDANTS ZHENGZHOU JINHUI COMPUTER SYSTEM ENGINEERING LTD., BEIJING DAZHENG HUMAN LANGUAGE TECHNOLOGY ACADEMY LTD., LENOVO GROUP LIMITED, ASUSTEK COMPUTER INC., BENQ CORPORATION, HAIER GROUP CORPORATION, AND THE PEOPLE'S REPUBLIC OF CHINA WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge: Josephine Staton Tucker<br>Ctrm:  10A<br><br>Hearing Date:   None Set<br>Hearing Time:   None Set<br><br>Discovery Cutoff:<br>Pretrial Conference:<br>Trial Date:<br><br>[Proposed Order lodged concurrently herewith] |

JOINT STIPULATION OF DISMISSAL

## JOINT STIPULATION

Plaintiff CYBERsitter, LLC ("CYBERsitter") and defendants Zhengzhou Jinhui Computer System Engineering Ltd., Beijing Dazheng Human Language Technology Academy Ltd., Lenovo Group Limited, Asustek Computer Inc., BenQ Corporation, and Haier Group Corporation, by and through their respective counsel and/or authorized representatives, hereby stipulate, subject to the approval of the Court to dismiss the above-entitled action in its entirety with prejudice.

## RECITALS

WHEREAS, CYBERsitter filed its First Amended Complaint in the above-entitled Action, naming various defendants alleging certain acts;

WHEREAS, Jinhui, Dazheng, Lenovo, Asustek, BenQ and Haier, filed responses to the First Amended Complaint;

WHEREAS, CYBERsitter, on the one hand, and Jinhui, Dazheng, Lenovo, Asustek, BenQ and Haier, on the other hand, have now reached an agreement settling all claims between them in this lawsuit;

**THEREFORE, SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:**

That the Court will dismiss this action with prejudice as it pertains to Jinhui, Dazheng, Lenovo, Asustek, BenQ and Haier and will dismiss this action with prejudice in its entirety, including as it pertains to the People's Republic of China, pursuant to Federal Rule of Civil Procedure 41(a). All parties will pay their own costs and attorneys' fees.

DATED: ~~January~~ Feb. 7, 2012

Respectfully submitted,

FAYER GIPSON LLP
A Limited Liability Partnership
GREGORY A. FAYER
ELLIOT B. GIPSON

By _____
GREGORY A. FAYER
Attorneys for Plaintiff CYBERsitter, LLC
d/b/a Solid Oak Software

DATED: January __, 2012

CADWALADER WICKERSHAM & TAFT
KENT STEVENS

By _____
KENT STEVENS
Attorneys for Defendant Zhengzhou Jinhui
Computer System Engineering Ltd.

DATED: January __, 2012

BEIJING DAZHENG HUMAN LANGUAGE
TECHNOLOGY ACADEMY LTD.

By _____

NAME: _____
TITLE: _____

DATED: ~~January~~ Feb. 1, 2012

O'MELVENY & MEYERS LLP
ROBERT SCHWARTZ

By _____
ROBERT SCHWARTZ
Attorneys for Lenovo Group Limited

2
JOINT STIPULATION OF DISMISSAL

Respectfully submitted,

DATED: January __, 2012

FAYER GIPSON LLP
A Limited Liability Partnership
GREGORY A. FAYER
ELLIOT B. GIPSON

By_____
GREGORY A. FAYER
Attorneys for Plaintiff CYBERsitter, LLC
d/b/a Solid Oak Software

DATED: ~~January__,~~ February 3, 2012

CADWALADER WICKERSHAM & TAFT
KENT STEVENS

By_____
KENT STEVENS
Attorneys for Defendant Zhengzhou Jinhui
Computer System Engineering Ltd.

DATED: January __, 2012

BEIJING DAZHENG HUMAN LANGUAGE
TECHNOLOGY ACADEMY LTD.

By_____

NAME:_____
TITLE:_____

DATED: January __, 2012

O'MELVENY & MEYERS LLP
ROBERT SCHWARTZ

By_____
ROBERT SCHWARTZ
Attorneys for Lenovo Group Limited

DATED: January __, 2012

Respectfully submitted,
FAYER GIPSON LLP
A Limited Liability Partnership
GREGORY A. FAYER
ELLIOT B. GIPSON

By_____
GREGORY A. FAYER
Attorneys for Plaintiff CYBERsitter, LLC
d/b/a Solid Oak Software

DATED: January __, 2012

CADWALADER WICKERSHAM & TAFT
KENT STEVENS

By_____
KENT STEVENS
Attorneys for Defendant Zhengzhou Jinhui
Computer System Engineering Ltd.

DATED: January __, 2012

BEIJING DAZHENG HUMAN LANGUAGE
TECHNOLOGY ACADEMY LTD.

By__陈小盟_____
NAME: 陈小盟
TITLE: 董事长

DATED: January __, 2012

O'MELVENY & MEYERS LLP
ROBERT SCHWARTZ

By_____
ROBERT SCHWARTZ
Attorneys for Lenovo Group Limited

DATED: January __, 2012

TURNER BOYD LLP

2

JOINT STIPULATION OF DISMISSAL

DATED: January __, 2012

TURNER BOYD LLP
KAREN BOYD

By_____
   KAREN BOYD
Attorneys for Asustek Computer, Inc

DATED: ~~January~~ February 9, 2012

WILLENKEN WILSON LOH & LIEB LLP
PAUL LOH

By_____
   PAUL LOH
Attorneys for BenQ Corporation

DATED: January __, 2012

ALSTON & BIRD LLP
ELIZABETH RADER

By_____
   ELIZABETH RADER
Attorneys for Haier Group Corporation

3

DATED: February 8, 2012                TURNER BOYD LLP
                                        KAREN BOYD

                                        By /s/ Karen Boyd
                                        _____
                                                 KAREN BOYD
                                        Attorneys for Asustek Computer, Inc.


DATED: January __, 2012                 WILLENKEN WILSON LOH & LIEB LLP
                                        PAUL LOH

                                        By_____
                                                 PAUL LOH
                                        Attorneys for BenQ Corporation


DATED: January __, 2012                 ALSTON & BIRD LLP
                                        ELIZABETH RADER

                                        By_____
                                                 ELIZABETH RADER
                                        Attorneys for Haier Group Corporation

DATED: January __, 2012          TURNER BOYD LLP
                                 KAREN BOYD


                                 By_____
                                     KAREN BOYD
                                 Attorneys for Asustek Computer, Inc.


DATED: January __, 2012          WILLENKEN WILSON LOH & LIEB LLP
                                 PAUL LOH


                                 By_____
                                     PAUL LOH
                                 Attorneys for BenQ Corporation


DATED: January __, 2012          ALSTON & BIRD LLP
                                 ELIZABETH RADER


                                 By  /s/ Elizabeth H. Rader
                                     ELIZABETH RADER
                                 Attorneys for Haier Group Corporation


---
3
JOINT STIPULATION OF DISMISSAL