FAYER GIPSON LLP
Gregory A. Fayer (SBN 232303)
GFayer@fayergipson.com
Elliot B. Gipson (State Bar No. 234020)
EGipson@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: 310.557.3558
Facsimile:  310.557.3589

Attorneys for Plaintiff
CYBERsitter, LLC d/b/a Solid Oak Software

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| CYBERsitter, LLC, a California limited liability company, d/b/a Solid Oak Software, <br><br> Plaintiff, <br><br> v. <br><br> The People's Republic of China, a foreign state; Zhengzhou Jinhui Computer System Engineering Ltd., a Chinese corporation; Beijing Dazheng Human Language Technology Academy Ltd., a Chinese corporation; Sony Corporation, a Japanese corporation; Lenovo Group Limited, a Chinese corporation; Toshiba Corporation, a Japanese corporation; ACER Incorporated, a Taiwanese corporation; ASUSTeK Computer Inc., a Taiwanese corporation; BenQ Corporation, a Taiwanese corporation; Haier Group Corporation, a Chinese corporation; DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 10-00038 JST(SHx) <br><br> **ORDER RE DISMISSAL OF DEFENDANTS THE PEOPLE'S REPUBLIC OF CHINA, ZHENGZHOU JINHUI COMPUTER SYSTEM ENGINEERING LTD., BEIJING DAZHENG HUMAN LANGUAGE TECHNOLOGY ACADEMY LTD., LENOVO GROUP LIMITED, ASUSTEK COMPUTER INC., BENQ CORPORATION, HAIER GROUP CORPORATION, WITH PREJUDICE  PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

[PROPOSED] ORDER

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the stipulation of voluntary dismissal between Plaintiff CYBERsitter LLC ("Plaintiff") and Zhengzhou Jinhui Computer System Engineering Ltd., Beijing Dazheng Human Language Technology Academy Ltd., Lenovo Group Limited, Asustek Computer Inc., BenQ Corporation, and Haier Group Corporation, it is hereby ORDERED that this entire action, and each of the claims set forth therein, including as it pertains to the People's Republic of China, is voluntarily dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 4, 2012

**JOSEPHINE STATON TUCKER**
Hon. Josephine Staton Tucker
United States District Judge